UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BRADLEY B. MILLER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | No. 3:18-CV-1457-B-BH |
| VIRGINIA T. DUNN and THE STATE OF TEXAS | ) ) | |
| Respondents. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Bradley B. Miller's *Emergency Motion to Compel* (doc. 21), filed on June 8, 2018, is **DENIED as moot**. By separate judgment, this action will be *sua sponte* **REMANDED** to the 330th District Court of Dallas County, Texas, for lack of subject matter jurisdiction.

**SIGNED** this 29th day of June, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE